November 18, 1983.

468 A.2d 834

Burger, Appellant v. Hall'S Motor Co.

Argued May 19, 1983. Joseph J. Malizia, for appellant; David Harry Patterson, for appellee.

Before SPAETH, HESTER and BROSKY, JJ.

Order affirmed.

468 A.2d 834

Commonwealth v. Bartlett, Appellant.

Submitted September 30, 1983. John Halley, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.